AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA 2008 OCT 16  AM 7: 00

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER:   3:08-cr-101-J-25TEM
USM NUMBER:    32329-018

v.

LEMAR BEVILLE CHRISTIAN

Defendant's Attorney:  Maurice C. Grant, II (pda)

## THE DEFENDANT:

___X___ admitted guilt to violation of charge number(s)___One through Three___ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, conspiracy to use an unauthorized access device. | February 2008 |
| Two | New criminal conduct, credit card fraud. | February 2008 |
| Three | New criminal conduct, identify theft. | February 2008 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:  October 3, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

DATE:  October **14**, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | LEMAR BEVILLE CHRISTIAN | Judgment - Page _2_ of _2_ |
| Case No.: | 3:08-cr-101-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months, to run consecutive to the sentence imposed in Case No. 3:08-cr-122-J-25MCR.**

\_\_\_\_\_  The Court makes the following recommendations to the Bureau of Prisons:

\_\_X\_\_  The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_  The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_  at _____  a.m.   p.m.   on _____.

\_\_\_\_  as notified by the United States Marshal.

\_\_\_\_\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_  before 2 p.m. on _____.

\_\_\_\_  as notified by the United States Marshal.

\_\_\_\_  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____  at

_____  with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL